IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETTY CHENIER, ET AL. | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 4:20-CV-01107 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | Judge Keith P. Ellison |
| | § | |
| | § | |
| **Defendant** | § | |

## CERTIFICATE OF INTERESTED PARTIES
## BY DEFENDANT UNION PACIFIC RAILROAD COMPANY

Defendant Union Pacific Railroad Company ("Union Pacific") files this Certificate of Interested Parties pursuant to the Court's Order Setting Conference [Doc. 2]. The Plaintiffs listed in this Certificate of Interested Parties will file their own disclosure statement pursuant to the Court's Order.

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Plaintiff Betty Chenier;

2. Plaintiff Eddie Cumbo;

3. Plaintiff Thomas Edison;

4. Plaintiff Brigitte Gonzalez;

5. Plaintiff Carolton Hall;

6. Plaintiff Letisha Johnson;

7. Plaintiff Joshua Jones;

8. Plaintiff Deron McGurie;

9. Plaintiff Lisa Moore;

10. Plaintiff Carol Nelams;

11. Plaintiff Karen Robinson;

12. Plaintiff Letacha Williams Ruth;

13. Plaintiff Leslie Washington;

14. Stephens Reed & Armstrong, PLLC, Kenneth E. Stephens, Jr., Derrick Reed, Marrick Armstrong, and Jeff Bell, Counsel for Plaintiffs;

15. Defendant Union Pacific Railroad Company;

16. <u>Union Pacific Corporation,</u> the parent company of Defendant Union Pacific, a wholly-owned subsidiary.

Respectfully submitted,

*/s/ Debra Tsuchiyama Baker*
Debra Tsuchiyama Baker
Texas Bar No. 15089600
Earnest W. Wotring
Texas Bar No. 22012400
John Muir
Texas Bar No. 134630477
David George
Texas Bar No. 00793212
BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Tel: (713) 980-1700
Fax: (713) 980-1701
dbaker@bakerwotring.com
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument has been served via the Court's ECF notice system on all counsel of record on April 14, 2020.

          */s/ Earnest W. Wotring*
          Earnest W. Wotring