**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Betty Chenier, et al.
   *Plaintiff(s),*

v.    Case No. 4:20−cv−01107

Union Pacific Railroad Co.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:    **7/23/2020**

TIME:    **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**    Date: June 9, 2020

By Deputy Clerk, A. Rivera