**UNITED STATES DISTRICT COURT**  **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Betty Chenier, et al.
   *Plaintiff(s),*

v.                                                           Case No. 4:20–cv–01107

Union Pacific Railroad Co.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:   **7/31/2020**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                           Date: July 22, 2020

By Deputy Clerk, A. Rivera